DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARRY CHINKOO** and **DEOPATTIE CHINKOO,**
Appellants,

v.

**HERITAGE PROPERTY & CASUALTY INSURANCE COMPANY,**
Appellee.

No. 4D2023-0221

[June 13, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. CACE22010438.

Alex Stern of Litigation & Recovery Law Center, PL, North Miami Beach, for appellants.

Angela C. Flowers of Kubicki Draper, Ocala, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***